UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PDVSA PETROLEO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:09-CV-38 |
| | § | |
| TRIGEANT, LTD., *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON TRIGEANT, LTD.'S OPPOSED MOTION TO ENFORCE JUDGMENT**

On the 25th day of March, 2013, the Court considered Trigeant, Ltd.'s Opposed Motion to Enforce Judgment (D.E. 308). After considering the motion, the response, the reply, the sur-reply, and the arguments of counsel, the Court is of the opinion that the Motion should be GRANTED.

It is ORDERED that:

1. BTB Refining, LLC return to Trigeant, Ltd. possession of all property foreclosed upon in the March 4, 2008 foreclosure sale during the pendency of this cause on appeal.

2. BTB Refining, LLC deposit any and all funds received from Freeport Commodities Trading and Marketing, LLC under the Tank Lease Agreement into an operating account of the refinery (as specified below) and as identified and directed by Trigeant, Ltd.

    Bank Name:    International Bank of Commerce
    Bank Address:    1200 San Bernardo Ave.
                              Laredo, Texas 78042

| | |
|---|---|
| ABA #: | XXXXX2528 |
| SWIFT Code: | XXXXUS44 |
| Account #: | XXXXXX4535 |
| Account Name: | **Trigeant, Ltd.** |

3. Trigeant, Ltd. spend such funds only for labor, safety, maintenance, insurance, utilities, compliance, taxes, and capital improvements at the facility.

4. Trigeant, Ltd. maintain an accounting of the funds received and the operating expenses paid, and provide such accounting to BTB Refining, LLC on the 15th of each month.

ORDERED this 27th day of March, 2013.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE